**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 98-6856**

_____

RALPH ALEXANDER-EL,

Plaintiff - Appellant,

versus

L. MUNDEY, Doctor; PRISON HEALTH SERVICES,
INCORPORATED,

Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Alexander Williams, Jr., District Judge.
(CA-97-3431-AW)

_____

Submitted:  September 30, 1998     Decided:  October 15, 1998

_____

Before ERVIN, LUTTIG, and WILLIAMS, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Ralph Alexander-El, Appellant Pro Se.  Joseph Barry Chazen, Gina
Marie Smith, MEYERS, BILLINGSLEY, RODBELL & ROSENBAUM, P.A., River-
dale, Maryland, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Ralph Alexander-El appeals from the district court' order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court' opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Alexander-El v. Mundey</u>, No. CA-97-3431-AW (D. Md. May 12, 1998).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2